# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARON J. BRESSI,** : | CIVIL ACTION NO. 4:22-cv-1878 |
| **Plaintiff** : | |
| **v.** : | (JUDGE MANNION) |
| **NORTHUMBERLAND COUNTY COURT**, **et al.,** : | |
| **Defendant** : | |

## ORDER

In accordance with the memorandum filed the same day it is hereby ordered that the Report and Recommendation of Judge Saporito, (Doc. 24), is **ADOPTED IN ITS ENTIRETY** as the decision of the court. Plaintiff's objections, (Doc. 25), are **OVERRULED,** and his amended complaint, (Doc. 17), is **DISMISSED** with prejudice. The Clerk of Court is directed to close this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 5, 2024**
22-1878-01 ORDER